
ONE WAY


Dane Ct
Woodhaven Blvd
Woodhaven Blvd