UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

HIGHPOINT ASSOCIATES VI, LLC,

Debtor.
-----------------------------------------------------------X

Chapter 11

Case No.: 26-43372-ESS

**ORDER SCHEDULING A CONFERENCE ON THE DEBTOR'S STAY APPLICABILITY MOTION AND MOTION TO SHORTEN NOTICE**

WHEREAS, on July 13, 2026, Highpoint Associates VI, LLC (the "Debtor") commenced this Chapter 11 bankruptcy case by filing a petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on July 15, 2026, the Debtor filed a motion to determine the scope and applicability of the automatic stay under Bankruptcy Code Section 362(b)(4) (the "Stay Applicability Motion"), and a motion requesting that the Court schedule a hearing on the Stay Applicability Motion on shortened notice (the "Motion to Shorten Notice").

**NOW, THEREFORE**, it is hereby

**ORDERED,** that the Court will hold an in-person conference on the Stay Applicability Motion and the Motion to Shorten Notice, and the relief requested therein on **July 24, 2026, at 10:30 a.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that the Debtor is directed to serve this Order, and the Stay Applicability Motion and Motion to Shorten Notice on which it is based, via email or facsimile, or if not available, by overnight delivery service, to be received by July 20, 2026, at 12:00 p.m., upon: (i) all creditors; (ii) all parties having filed a notice of appearance in this case, including the

Corporation Counsel of the City of New York; (iii) the Office of the United States Trustee; and (iv) any other party entitled to receive notice in this case, and service of the Stay Applicability Motion and Motion to Shorten Notice in this manner shall constitute good and sufficient service and notice of the Stay Applicability Motion and Motion to Shorten Notice; and it is further

**ORDERED,** that the Debtor is directed to file proof of service by July 22, 2026, at 5:00 p.m.; and it is further

**ORDERED,** that objections to the Stay Applicability Motion and Motion to Shorten Notice, if any, may be stated at the July 24, 2026, conference, and a schedule for the filing of written opposition may be set at the July 24, 2026, conference; and it is further

**ORDERED,** that this conference will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:

> **Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least one business day before the scheduled conference. To register, please provide your name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent.**
>
> **Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the conference date.**

Dated: Brooklyn, New York
July 16, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Highpoint Associates VI, LLC**
84-53 Dana Court
Queens, NY 11379
QUEENS-NY

**Kevin Nash**
**J Ted Donovan**
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue
Ste 12th Floor
New York, NY 10017

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Steven Banks**
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
**Attn: Ethan D. Ganc, Esq.**