Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Highpoint Associates VI, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known): | 1-26-43372-ess |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advantage Wholesale Supply LLC 172 Empire Blvd, Suite 1 Brooklyn, NY 11225 | | | | | | $1,414.00 |
| Apex Group NY Corp. 656 Rockaway Turnpike Lawrence, NY 11559 | | | Unliquidated | | | $62,906.90 |
| Candelaria Leon Lopez c/o Russell T. McHugh, Esq. LIAKAS Law, P.C. 40 Wall Street, 50th Floor New York, NY 10005 | | | Unliquidated Disputed | | | $0.00 |
| Department of Housing Preservation c/o Martha Ann Weithman, Esq. DHP/Housing Litigation Division 100 Gold Street, 6th Floor New York, NY 10038 | | | Unliquidated Disputed | | | $0.00 |
| J&G Connstruction Service Inc. 72-41 Burchell Avenue Arverne, NY 11692 | | | Unliquidated | | | $17,178.28 |
| New York City Water Board Attn: Richard J. Costa, Esq. 5917 Junction Blvd Elmhurst, NY 11373-5108 | | | Unliquidated | | | $420,681.95 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor  Highpoint Associates VI, LLC
        Name

Case number *(if known)*  1-26-43372-ess

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYC Department of Buildings 280 Broadway New York, NY 10007-1868 | | | Unliquidated | | | $104,800.00 |
| NYC ECB OATH c/o Elizabeth Nolan 100 Church Street, 12th Floor New York, NY 10007 | | | Unliquidated | | | $638,178.68 |
| NYC Environmental Control Board 66 John St Fl 10 New York, NY 10038-3772 | | For notice purposes | Unliquidated | | | $0.00 |
| Spectrum Internet Services 120 East 22rd Street, 7th Floor 10010 | | | | | | $500.00 |

**Fill in this information to identify the case:**

Debtor name    Highpoint Associates VI, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    1-26-43372-ess

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    12,500,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    16,529.52

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $    12,516,529.52

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.....................................    $    12,802,654.49

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    1,474,416.31

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    1,245,659.81

4.  **Total liabilities** .................................................................................................................    $    15,522,730.61
    Lines 2 + 3a + 3b

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Highpoint Associates VI, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    1-26-43372-ess

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property           12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)            Type of account            Last 4 digits of account number

       3.1.   East West Bank                    Checking                                              $16,529.52

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                          $16,529.52
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:        Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Debtor    Highpoint Associates VI, LLC _____    Case number *(If known)*  1-26-43372-ess _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  84-53 Dana Court, Middle Village, New York 11379 | Fee Simple | $0.00 | | $6,000,000.00 |
| 55.2.  63-36 Woodhaven Blvd, Rego Park, NY 11374 | Fee Simple | $0.00 | | $1,500,000.00 |
| 55.3.  63-34 Woodhaven Blvd, Rego Park, NY 11374 | | $0.00 | | $1,500,000.00 |
| 55.4.  63-32 Woodhaven Blvd, Rego Park, NY 11374 | | $0.00 | | $1,000,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  2

Debtor    Highpoint Associates VI, LLC _____    Case number (If known)  1-26-43372-ess _____
          Name

| | | | |
|---|---|---|---|
| 55.5. | 63-30 Woodhaven Blvd, Rego Park, NY 11374 | $0.00 | $1,000,000.00 |
| 55.6. | 63-28 Woodhaven Blvd, Rego Park, NY 11374 | $0.00 | $1,500,000.00 |

56.    **Total of Part 9.**                                                                                          $12,500,000.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    Highpoint Associates VI, LLC
          Name                                                  Case number (If known)  1-26-43372-ess

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,529.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................................> | | $12,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,529.52 | + 91b. $12,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,516,529.52 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Highpoint Associates VI, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    1-26-43372-ess

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   MPLC Lender LLC <br><br> Creditor's Name <br><br><br><br><br><br><br> 400 MADISON AVE, Unit 5D <br> New York, NY 10017 <br> Creditor's mailing address <br><br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> 84-53 Dana Court, Middle Village, New York 11379; 63-36 Woodhaven Blvd, Rego Park, NY 11374; 63-34 Woodhaven Blvd, Rego Park, NY 11374; 63-32 Woodhaven Blvd, Rego Park, NY 11374; 63-30 Woodhaven Blvd, Rego Park, NY 11374; 63-28 Woodhaven Blvd, Rego Park, NY 11374 <br><br> **Describe the lien** <br> First Mortgage <br> **Is the creditor an insider or related party?** <br> ☐ No <br> ☒ Yes <br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $12,802,654.49 | $12,500,000.00 |
| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $12,802,654.49

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Highpoint Associates VI, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    1-26-43372-ess

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>For notice purposes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**NYC Department of Finance**<br>**Office of Legal Affairs**<br>**375 Pearl Street, 30th Floor**<br>**New York, NY 10038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,474,416.31 | $1,474,416.31 |
| Date or dates debt was incurred | Basis for the claim:<br>For notice purposes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address<br>**NYS Department of Taxation**<br>**Bankruptcy/Special Procedure**<br>**PO Box 5300**<br>**Albany, NY 12205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>For notice purposes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Highpoint Associates VI, LLC _____     Case number (if known)    1-26-43372-ess _____
         Name

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,414.00 |
|---|---|---|---|
| | Advantage Wholesale Supply LLC<br>172 Empire Blvd, Suite 1<br>Brooklyn, NY 11225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,906.90 |
|---|---|---|---|
| | Apex Group NY Corp.<br>656 Rockaway Turnpike<br>Lawrence, NY 11559 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Candelaria Leon Lopez<br>c/o Russell T. McHugh, Esq.<br>LIAKAS Law, P.C.<br>40 Wall Street, 50th Floor<br>New York, NY 10005 | ☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Department of Housing Preservation<br>c/o Martha Ann Weithman, Esq.<br>DHP/Housing Litigation Division<br>100 Gold Street, 6th Floor<br>New York, NY 10038 | ☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,178.28 |
|---|---|---|---|
| | J&G Connstruction Service Inc.<br>72-41 Burchell Avenue<br>Arverne, NY 11692 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420,681.95 |
|---|---|---|---|
| | New York City Water Board<br>Attn: Richard J. Costa, Esq.<br>5917 Junction Blvd<br>Elmhurst, NY 11373-5108 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,800.00 |
|---|---|---|---|
| | NYC Department of Buildings<br>280 Broadway<br>New York, NY 10007-1868 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| Debtor | Highpoint Associates VI, LLC | Case number (if known) | 1-26-43372-ess |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638,178.68 |
|---|---|---|---|

NYC ECB OATH
c/o Elizabeth Nolan
100 Church Street, 12th Floor
New York, NY 10007

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

NYC Environmental Control Board
66 John St Fl 10
New York, NY 10038-3772

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: For notice purposes

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Spectrum Internet Services
120 East 22rd Street, 7th Floor
10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jemma An, Esq.<br>DHP/Housing Litigation Division<br>100 Gold Street, 6th Floor<br>New York, NY 10038 | Line 3.4<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq.<br>100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line 2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line 2.3<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,474,416.31 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,245,659.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,720,076.12 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Highpoint Associates VI, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    1-26-43372-ess

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
      ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | <br><br><br><br><br><br>See attached rent roll |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# Rent Roll

**Properties:** Highpoint - 84-53 Dana Court - 84-53 Dana Court Queens, NY 11379

**Units:** Active

**As of:** 06/29/2026

**Include Non-Revenue Units:** No

**Include Advertised Rent:** Yes

| Unit | Tags | BD/BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Store 1 | --/-- | | Sugar N Coal | Current | 1,538 | 0.00 | 0.00 | 0.00 | | | 10/21/2025 | | 0.00 | 0 | 0 |
| Store 2 | --/-- | | SSC Group, LLC (d/b/a Aroma Indian Cuisine) | Current | | 6,894.79 | 0.00 | 0.00 | 11/01/2016 | | 11/01/2016 | | 117,000.00 | 0 | 0 |
| Store 3 | --/-- | | | Vacant-Unrented | 830 | | | 0.00 | | | | | | | |
| Store 4 | --/-- | | | Vacant-Unrented | | | | 0.00 | | | | | | | |
| Store 5 | --/-- | | | Vacant-Unrented | 466 | | | 0.00 | | | | | | | |
| Store 6 | --/-- | | | Vacant-Unrented | 728 | | | 0.00 | | | | | | | |
| 1A | 1/1.00 | | Katherine Eisenhut | Current | | 1,461.29 | 1,501.48 | 0.00 | 09/01/2025 | 08/31/2026 | 09/01/2022 | | 1,378.33 | 0 | 0 |
| 1B | 2/1.00 | | Matthew Thumann | Current | | 1,371.53 | 1,371.53 | 0.00 | 07/01/2023 | | 07/01/2023 | | 28,802.20 | 0 | 0 |
| 1D | 1/1.00 | | Super Super | Current | | 1,746.22 | 1,746.22 | 0.00 | 01/01/2020 | | 01/01/2020 | | 0.00 | 0 | 0 |
| 1E | 1/1.00 | | Michael Coppola | Current | | 1,808.04 | 1,808.04 | 102.38 | 11/01/2025 | 10/31/2026 | 08/01/2023 | | 0.00 | 0 | 0 |
| 2A | 1/1.00 | | | Vacant-Unrented | | | | 0.00 | | | | | | | |
| 2B | 2/1.00 | | Mery Michael | Current | | 1,746.22 | 1,746.22 | 0.00 | 07/01/2020 | | 07/01/2020 | | 10,477.28 | 0 | 0 |
| 2C | 1/1.00 | | | Vacant-Unrented | | 1,199.34 | | 0.00 | | | | | | | |
| 2D | 1/1.00 | | Raisa Aronova | Current | | 1,200.88 | 1,200.88 | 0.00 | 08/01/2022 | | 08/01/2022 | | 40,529.70 | 0 | 0 |
| 2E | 1/1.00 | | Esduardo Balseca | Current | | 1,263.95 | 1,263.95 | 0.00 | 06/01/2021 | | 06/01/2021 | | 30,334.72 | 0 | 0 |
| 2F | 1/1.00 | | | Vacant-Unrented | | | | 0.00 | | | | | | | |
| 2G | 1/1.00 | | | Vacant-Unrented | | | | 0.00 | | | | | | | |
| 2H | 1/1.00 | | Joy Ross | Current | | 1,709.19 | 1,709.19 | 0.00 | 05/01/2024 | | 05/01/2024 | | -1.62 | 0 | 0 |
| 2J | 1/1.00 | | | Vacant-Unrented | | | | 0.00 | | | | | | | |
| 2K | 1/1.00 | | Ramy Mohamed | Current | | 1,440.16 | 0.00 | 0.00 | 05/01/2026 | 04/30/2027 | 05/01/2022 | | 1,524.00 | 0 | 0 |
| 2L | 1/1.00 | | Juan Ramirez | Current | | 1,626.92 | 1,626.92 | 0.00 | 12/01/2022 | | 12/01/2022 | | 11,780.34 | 0 | 0 |
| 3A | 1/1.00 | | Devon Henry | Current | | 1,467.14 | 1,397.28 | 0.00 | 02/01/2023 | | 02/01/2023 | | 0.00 | 0 | 0 |
| 3B | 2/1.00 | | Teymoraz Mamistvalov | Current | | 1,437.85 | 1,437.85 | 0.00 | 10/01/2020 | | 10/01/2020 | | 39,900.35 | 0 | 0 |

**Rent Roll**

| Unit | Tags | BD/ BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move- in | Move- out | Past Due | NSF Count | Late Count |
|------|------|--------|--------|--------|------|-------------|------|---------|------------|----------|----------|-----------|----------|-----------|------------|
| 3C | | 1/ 1.00 | James Brady | Current | | 1,517.42 | 1,517.42 | 0.00 | 12/01/ 2022 | | 12/01/ 2022 | | 53,109.70 | 0 | 0 |
| 3D | | 1/ 1.00 | Carlton Spence | Current | | 1,364.94 | 1,364.94 | 0.00 | 09/02/ 2023 | | 09/02/ 2023 | | 33,715.85 | 0 | 0 |
| 3E | | 1/ 1.00 | Reginald Pierre-Louis | Current | | 1,951.08 | 1,951.08 | 0.00 | 11/02/ 2023 | | 11/02/ 2023 | | 46,825.92 | 0 | 0 |
| 3F | | 1/ 1.00 | Stella Giraldo | Current | | 876.07 | 876.07 | 0.00 | 09/01/ 2023 | | 09/01/ 2023 | | 30,662.45 | 0 | 0 |
| 3G | | 1/ 1.00 | Claymar Nelson | Current | | 1,517.42 | 1,517.42 | 0.00 | 09/01/ 2020 | | 09/01/ 2020 | | -1,517.42 | 0 | 0 |
| 3H | | 1/ 1.00 | Abram Takhalov | Current | | 1,110.86 | 1,160.85 | 0.00 | 10/25/ 2025 | 09/30/ 2027 | 10/01/ 2022 | | 2,065.44 | 0 | 0 |
| 3J | | 1/ 1.00 | | Vacant- Unrented | | | | 0.00 | | | | | | | |
| 3K | | 1/ 1.00 | | Vacant- Unrented | | | | 0.00 | | | | | | | |
| 3L | | 1/ 1.00 | | Vacant- Unrented | | | | 0.00 | | | | | | | |
| 4A | | 1/ 1.00 | Paul Meszzatesta | Current | | 1,643.21 | 1,643.21 | 0.00 | 09/01/ 2020 | | 09/01/ 2020 | | 23,869.35 | 0 | 0 |
| 4B | | 2/ 1.00 | Ophelia Figueroa | Current | | 1,015.51 | 1,015.51 | 0.00 | 09/01/ 2022 | | 09/01/ 2022 | | 26,403.26 | 0 | 0 |
| 4C | | 1/ 1.00 | | Vacant- Unrented | | | | 0.00 | | | | | | | |
| 4D | | 1/ 1.00 | Navjeet Signh | Current | | 1,509.26 | 1,509.26 | 0.00 | 07/02/ 2023 | | 07/02/ 2023 | | 52,824.10 | 0 | 0 |
| 4E | | 1/ 1.00 | | Vacant- Unrented | | | | 0.00 | | | | | | | |
| 4F | | 1/ 1.00 | Yashua Takhalova | Current | | 1,157.37 | 1,194.41 | 0.00 | 08/01/ 2026 | 07/31/ 2028 | 08/01/ 2022 | | 13,284.38 | 0 | 0 |
| 4G | | 1/ 1.00 | | Vacant- Unrented | | | | 0.00 | | | | | | | |
| 4H | | 1/ 1.00 | | Vacant- Unrented | | | | 0.00 | | | | | | | |
| 4J | | 1/ 1.00 | Manuela Miyasato | Current | | 1,246.98 | 1,246.98 | 0.00 | 10/01/ 2020 | | 10/01/ 2020 | | 43,644.30 | 0 | 0 |
| 4K | | 1/ 1.00 | Miguel Huertas | Current | | 1,455.12 | 1,455.12 | 0.00 | 08/01/ 2022 | | 08/01/ 2022 | | 35,107.38 | 0 | 0 |
| 4L | | 1/ 1.00 | | Vacant- Unrented | | | | 0.00 | | | | | | | |
| **43 Units** | | | | **60.5% Occupied** | 3,562 | 42,738.76 | 33,261.83 | 102.38 | | | | | 641,720.01 | 0 | 0 |
| **Total 43 Units** | | | | **60.5% Occupied** | 3,562 | 42,738.76 | 33,261.83 | 102.38 | | | | | 641,720.01 | 0 | 0 |

# Rent Roll

**Property Groups:** Woodhaven

**Units:** Active

**As of:** 06/29/2026

**Include Non-Revenue Units:** No

**Include Advertised Rent:** Yes

| Unit | Tags | BD/BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|------|------|-------|--------|--------|------|-------------|------|---------|------------|----------|---------|----------|----------|-----------|------------|

**Highpoint - 63-28 Woodhaven - 63-28 Woodhaven Boulevard Middle Village, NY 11379**

| Unit | Tags | BD/BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|------|------|-------|--------|--------|------|-------------|------|---------|------------|----------|---------|----------|----------|-----------|------------|
| Store | --/-- | | | Vacant-Unrented | 1,175 | | | 0.00 | | | | | | | |
| 2F | Renovated 2025 | 2/ 1.00 | | Vacant-Unrented | | | | 0.00 | | | | | | | |
| 2R | Renovated 2025 | 2/ 1.00 | Juan Rodriguez | Current | | | 2,624.00 | 0.00 | 01/01/ 2026 | 12/31/ 2026 | 01/01/ 2026 | | 13,465.00 | 0 | 0 |
| **3 Units** | | | | **33.3% Occupied** | **1,175** | **0.00** | **2,624.00** | **0.00** | | | | | **13,465.00** | **0** | **0** |

**Highpoint - 63-30 Woodhaven - 63-30 Woodhaven Boulevard Middle Village, NY 11379**

| Unit | Tags | BD/BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|------|------|-------|--------|--------|------|-------------|------|---------|------------|----------|---------|----------|----------|-----------|------------|
| Store | --/-- | | | Vacant-Unrented | 1,288 | | | 0.00 | | | | | | | |
| 2F | Renovated 2025 | 2/ 1.00 | | Vacant-Unrented | | | | 0.00 | | | | | | | |
| 2R | Renovated 2025 | 2/ 1.00 | Alseny Diallo | Current | | | 2,624.00 | 0.00 | 01/01/ 2026 | 12/31/ 2026 | 01/01/ 2026 | | 12,357.05 | 0 | 0 |
| **3 Units** | | | | **33.3% Occupied** | **1,288** | **0.00** | **2,624.00** | **0.00** | | | | | **12,357.05** | **0** | **0** |

**Highpoint - 63-32 Woodhaven - 63-32 Woodhaven Boulevard Middle Village, NY 11379**

| Unit | Tags | BD/BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|------|------|-------|--------|--------|------|-------------|------|---------|------------|----------|---------|----------|----------|-----------|------------|
| Store | --/-- | | Amani Nur Inc. | Current | 1,130 | 4,653.98 | 0.00 | 0.00 | 07/30/ 2014 | 07/31/ 2024 | 07/30/ 2014 | | 134,965.42 | 0 | 0 |
| 2F | | 2/ 1.00 | Juanita Franzo | Current | | | 146.83 | 0.00 | 10/01/ 2025 | | 06/01/ 1971 | | 5,139.05 | 0 | 0 |
| 2R | | 2/ 1.00 | John Taylor | Current | | | 0.00 | 0.00 | 08/01/ 2026 | 07/31/ 2028 | 10/01/ 2025 | | 52,418.00 | 0 | 0 |
| **3 Units** | | | | **100.0% Occupied** | **1,130** | **4,653.98** | **146.83** | **0.00** | | | | | **192,522.47** | **0** | **0** |

**Highpoint - 63-34 Woodhaven - 63-34 Woodhaven Boulevard Queens, NY 11379**

| Unit | Tags | BD/BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|------|------|-------|--------|--------|------|-------------|------|---------|------------|----------|---------|----------|----------|-----------|------------|
| Store | --/-- | | | Vacant-Unrented | 1,468 | | | 0.00 | | | | | | | |
| 2F | | 2/ 1.00 | Hamdy Debbas | Current | | | 1,816.85 | 78.24 | 10/01/ 2025 | 09/30/ 2027 | 10/01/ 2025 | | 0.00 | 0 | 0 |
| 2R | Renovated 2025 | 2/ 1.00 | Aboubacar Troare | Current | | | 2,624.00 | 0.00 | 04/01/ 2026 | | 04/01/ 2026 | | 7,778.50 | 0 | 0 |
| **3 Units** | | | | **66.7% Occupied** | **1,468** | **0.00** | **4,440.85** | **78.24** | | | | | **7,778.50** | **0** | **0** |

**Highpoint - 63-36 Woodhaven - 63-36 Woodhaven Boulevard Middle Village, NY 11379**

| Unit | Tags | BD/BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|------|------|-------|--------|--------|------|-------------|------|---------|------------|----------|---------|----------|----------|-----------|------------|
| Store | --/-- | | | Vacant-Unrented | 793 | | | 0.00 | | | | | | | |
| 2F | | 2/ 1.00 | Nabawia Ahmed | Current | | | 1,422.94 | 0.00 | 07/01/ 2026 | 06/30/ 2028 | 10/01/ 2025 | | 2,366.58 | 0 | 0 |
| 2R | | 1/ 1.00 | Natalie Wilson | Current | | | 1,606.20 | 0.00 | 10/01/ 2025 | | 10/01/ 2025 | | 4,818.60 | 0 | 0 |
| **3 Units** | | | | **66.7% Occupied** | **793** | **0.00** | **3,029.14** | **0.00** | | | | | **7,185.18** | **0** | **0** |

## Rent Roll

| Unit | Tags | BD/BA | Tenant | Status | Sqft | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|------|------|-------|--------|--------|------|-------------|------|---------|------------|----------|---------|----------|----------|-----------|------------|
| Total 15 Units | | | | 60.0% Occupied | 5,854 | 4,653.98 | 12,864.82 | 78.24 | | | | | 233,308.20 | 0 | 0 |

**Fill in this information to identify the case:**

Debtor name    Highpoint Associates VI, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    1-26-43372-ess

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Highpoint Associates VI, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)   1-26-43372-ess

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $186,726.00 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br><br>☐ Other _____ | $333,376.00 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $266,821.00 |

**2.   Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Highpoint Associates VI, LLC                                   Case number *(if known)*  1-26-43372-ess

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Orrdinary course payments to vendors | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See attached list | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 11

Highpoint Associates VI, LLC,                                   Case No. 26-43372-ESS

                              Debtor.
----------------------------------------------------------------x

<u>**SOFA (ANSWER TO #7)**</u>
<u>**LIST OF LAWSUITS**</u>

1.   Department of Housing Preservation and Development of the City of New York v.
     Donald Ammons et al.
     Case No. LT-301645-21/QU
     Queens County Civil Court/Landlord and Tenant Division

     Attorney for Plaintiff:
         Martha Ann Weithman, Esq.
         Jemma An, Esq.
         DHP/ Housing Litigation Division
         100 Gold Street, 6th Floor
         New York, NY 10038


2.   Candelaria Leon Lopez v. Highpoint Associates VI, LLC et al.
     Index No. 727445/2025
     Supreme Court, Queens County
     Personal Injury

     Attorney for Plaintiff:
         LIAKAS Law, P.C.
         Russell T. McHugh, Esq.
         40 Wall Street, 50th Floor
         New York, New York 10005


3.   Highpoint Associates VI, LLC v. SSC Group, LLC DBA, Aroma Indian Cuisine
     Case No. LT-306380-26/QU
     Queens County Civil Court/Landlord and Tenant Division

     Attorney for Defendant:
         The Katsorhis Law Firm, P.C.
         Valerie Katsorhis, Esq.
         77-53 Main Street
         Flushing, NY 11367

1

4.   Workers' Compensation Board of the State of New York v. Highpoint Associated VI, LLC
     Index No. 902049/2025
     Queens County Supreme Court Other Matters – Workers Comp App For Judgment

     Attorney for Plaintiff:
          Michele A. Mealy, Esq.
          NYS Workers' Compensation Board
          328 State Street
          Schenectady, NY 12305

5.   Candelaria Leon Lopez V. Highpoint Associates VI, LLC et al
     Index No. 727445/2025
     Queens County Supreme Court Torts - Other Negligence Slip And Fall

     Attorney for Plaintiff:
          Liakas Law P.C.
          Joseph Ralph D'addario, Esq.
          Dean Nicholas Liakas, Esq.
          Kostantinos Moukas, Esq.
          40 Wall Street, 50th Floor
          New York, NY 10005

6.   Highpoint Associates VI, LLC v. Richard J. Franzo et al
     Case No. LT-308743-24/QU
     Queens County Civil Court - Landlord and Tenant Division

     Attorney for Defendant:
          Himmelstein, McConnell, Gribben, Donoghue & Joseph LLP
          Jesse Douglas Gribben, Esq.
          15 Maiden Ln, Floor 17
          New York, NY 10038

Debtor    Highpoint Associates VI, LLC _____    Case number *(if known)*  1-26-43372-ess _____

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goldberg Weprin Finkel Goldstein LLP | | 7/7/2026 | $12,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Buchwald Capital Advisors LLC | | | $5,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>Maguire Holdings LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Highpoint Associates VI, LLC _____    Case number *(if known)*  1-26-43372-ess _____

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    Highpoint Associates VI, LLC _____    Case number *(if known)* 1-26-43372-ess _____

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

## 22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

## 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## 24. Has the debtor notified any governmental unit of any release of hazardous material?

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:    Details About the Debtor's Business or Connections to Any Business

## 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

Debtor    Highpoint Associates VI, LLC                                    Case number *(if known)*  1-26-43372-ess

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Date of service**<br>**From-To** |
|---|---|
| 26a.1.    Shoshana Yavneh | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are**<br>**unavailable, explain why** |
|---|---|
| 26c.1.    Lee Buchwald | |
| 26c.2.    Shoshana Yavneh | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the**<br>**inventory** | **Date of inventory** | **The dollar amount and basis (cost, market,**<br>**or other basis) of each inventory** |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| **Name** | **Address** | **Position and nature of any**<br>**interest** | **% of interest, if**<br>**any** |
|---|---|---|---|
| Highpoint Associates IV LLC | | Member | |

| **Name** | **Address** | **Position and nature of any**<br>**interest** | **% of interest, if**<br>**any** |
|---|---|---|---|
| Dan Shalom | | | |

| **Name** | **Address** | **Position and nature of any**<br>**interest** | **% of interest, if**<br>**any** |
|---|---|---|---|
| Lee Buchwald | | Chief Restructuring Officer | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Highpoint Associates VI, LLC_____    Case number *(if known)*  1-26-43372-ess_____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 13, 2026_____

/s/   Lee E. Buchwald_____        Lee E. Buchwald_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Chief Restructuring Officer_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of New York, Brooklyn Division

In re    Highpoint Associates VI, LLC  _____

Case No.    1-26-43372-ess  _____

Debtor(s)

Chapter    11  _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    August 13, 2026  _____

/s/  Lee E. Buchwald  _____
 Lee E. Buchwald/Chief Restructuring Officer
Signer/Title

Date:    August 13, 2026  _____

/s/ Kevin Nash  _____
Signature of Attorney
Kevin Nash
Goldberg Weprin Finkel Goldstein LLP
125 Park Ave
New York, NY 10017-5690
Fax:

USBC-44

Rev. 9/17/98

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

Advantage Wholesale Supply LLC
172 Empire Blvd, Suite 1
Brooklyn, NY 11225


Apex Group NY Corp.
656 Rockaway Turnpike
Lawrence, NY 11559


Candelaria Leon Lopez
c/o Russell T. McHugh, Esq.
LIAKAS Law, P.C.
40 Wall Street, 50th Fl New York, NY
10005


Department of Housing Preservation
c/o Martha Ann Weithman, Esq.
DHP/Housing Litigation Division
100 Gold Street
New York, NY 10038


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


J&G Connstruction Service Inc.
72-41 Burchell Avenue
Arverne, NY 11692


Jemma An, Esq.
DHP/Housing Litigation Division
100 Gold Street, 6th Floor
New York, NY 10038


MPLC Lender LLC
400 MADISON AVE, Unit 5D
New York, NY 10017


New York City Water Board
Attn: Richard J. Costa, Esq.
5917 Junction Blvd
Elmhurst, NY 11373-5108


NYC Department of Buildings
280 Broadway
New York, NY 10007-1868


NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038


NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYC ECB OATH
c/o Elizabeth Nolan
100 Church Street, 12th Floor
New York, NY 10007


NYC Environmental Control Board
66 John St Fl 10
New York, NY 10038-3772


NYS Attorney General
28 Liberty St
New York, NY 10005-1400


NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205


Spectrum Internet Services
120 East 22rd Street, 7th Floor
10010