UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re: Chapter 11

Highpoint Associates VI, LLC, Case No. 26-43372-ESS

Debtor.
-----------------------------------------------------x

**ORDER CONDITIONALLY APPROVING THE DEBTOR'S DISCLOSURE STATEMENT AND SCHEDULING A COMBINED HEARING TO CONSIDER FINAL APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT AND CONFIRMATION OF THE DEBTOR'S CHAPTER 11 LIQUIDATING PLAN**

Upon the Disclosure Statement pursuant to 11 U.S.C. § 1125 (the "Disclosure Statement") filed by Highpoint Associates VI LLC (the "Debtor") and the accompanying Chapter 11 Plan of Liquidating of even date (the "Plan"); and due deliberation having been had; it is hereby:

ORDERED, that the Disclosure Statement is conditionally approved as containing adequate information pursuant to Section 1125 of the Bankruptcy Code; and it is further

ORDERED, that a hearing to consider final approval of the adequacy of the Disclosure Statement and confirmation of the Plan shall be held in person before the Honorable Elizabeth S. Stong at the United States Bankruptcy Court for the Eastern District of New York, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza, Courtroom 3585, Brooklyn, NY on December 18, 2026 at 10:30 a.m. (the "Hearing"); and it is further

ORDERED, that the hearing shall be conducted in person, although parties may request permission from chambers to appear via the Zoom platform. Those intending to appear at the Hearing, regardless of whether in person or via Zoom, must register with eCourt Appearances no later than two days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing.

Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ESS_Hearings@nyeb.uscourts.gov; and it is further

ORDERED, that notice of the Combined Hearing shall be sufficient if a copy of this Order, a Ballot, the Disclosure Statement and the Plan, together with all exhibits, are sent by regular mail on or before November 17, 2026 to the United States Trustee, all persons who filed requests for the notice with the Clerk of the Court, and all creditors either listed by the Debtor in its bankruptcy, or who filed proofs of claim with the Clerk of the Court; and it is further

ORDERED, that objections, if any, to final approval of the adequacy of the Disclosure Statement and/or confirmation of the Plan (the "Objections") shall be filed no later than December 11, 2026 on the Court's ECF system; and it is further

ORDERED, that completed ballots must be submitted in the form attached hereto as Exhibit "A" (the "Ballot"), either by facsimile, regular mail or email, so as to be received no later than December 11, 2026 at 5:00 p.m., prevailing New York time at:

Goldberg Weprin Finkel Goldstein LLP
Attn: Kevin J. Nash, Esq.
125 Park Avenue – 12th Floor
New York, NY 10017
KNash@GWFGLaw.com
Tel.: 212-221-5700
Fax: 212-730-4518

and it is further

ORDERED, that the Debtor shall file all supporting declarations, a Certification of Balloting and any Reply to any Objections no later than December 16, 2026.

**Dated: Brooklyn, New York**
**November 12, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re: Chapter 11

Highpoint Associates VI, LLC, Case No. 26-43372-ESS

Debtor.
-----------------------------------------------------x

**BALLOT**

This ballot should be completed and returned to the address specified below, so as to be received no later than December 11, 2026, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, facsimile, overnight delivery or personal delivery to the address below:

Goldberg Weprin Finkel Goldstein LLP
Attn: Kevin J. Nash, Esq.
125 Park Avenue – 12th Floor
New York, NY 10017
KNash@GWFGLaw.com
Tel.: 212-221-5700
Fax: 212-730-4518

The undersigned, a holder of an impaired Class __ claim against the Debtor, Highpoint Associates VI LLC in the amount of $______________,

/___________/ **ACCEPTS**

**(CHECK ONE BOX)**

/___________/ **REJECTS**

the Chapter 11 Plan of Liquidation proposed by the Debtor herein.

Dated: _____ __, 2026

_____________________________________
NAME OF CREDITOR

_____________________________________
AUTHORIZED SIGNATURE